October 22, 2025

Lee County Jail of Fort
2501 Ortiz Ave
Fort Myers, Fla. 33905

Honorable Judge Kevin M. Moore,   2:25-CV-963-KCD-DNF

    I'm writing you again from the confinement Isolation Cell "non-American Disability Act / 501 Rehabilitation Act complaint access denial safety deliberateness of jail administrators. Inadequate Medical care + treatment, Deliberate Indifference, to a known priorly prescribed, diagnosed serious life threatening terminal illness. I've written to this court in the past (2012) about these same matters at heart. The state of Florida Governor R. Desantis, State Attorney General Uttimer by and through Florida Administration, Lee County Sheriff Administration, Fort Myers Police Department Administration, Florida Department of Corrections, Medical Chief officer Dr. Porter, M.D. mountin have intentionly subjected me to Inadequate medical care + treatment for my medical Diagnosis as they previously have under the guise of not having my medical records as claimed in previous U.S. Dist. Court Civil proceedings. Thereby intentionally, deliberate callous, Reckless disregard falsely claiming dishonest to courts I have no medical records. The deficient medical bed has an Extention cord across the floor running from inside of the cell under the locked door outside the cell across the floor, there's no (I.S.A.) International Symbol Accessibility of this cell I'm housed and confined in, out of direct medical

nursing supervision, no skilled nursing assistant, help for showering, bathing, dressing, eating, mobility, cleaning. It's been a common practice for the State of Florida Governors Administration to utilize local State, County law enforcement Administrators to deploy false, fabricated narratives against me and my diagnosis, disabilities to cause me harm to my safety, life and well-being as I am targeted abuse intentionally, retaliated, discriminated against by the State of Florida Administration. I've repeatedly have been beaten, threatened, assaulted by and thru this State of Florida Governor Desantis Administration I had priorly spoken by telephone to former U.S. Attorney General Honorable Kristen Clarke, Washington, D.C. in regards (2022) state criminal trial #22CF-16626 I was brutally almost murdered by the same local law enforcement Authories I'm presently confined for #25CF17015 The 20th Circuit County Court Judge Thompson has repeatedly ruled biasly against Mr. Reddick in a consistently unlawful pattern in the state prosecutors favor as this court is evidently sure I have never been held to be incompetent throughout any of my Federal civil District Court Proceedings in the past and certainly now not incompetent. Besides there is a sealed state court order within the 17th Judicial Circuit Court Administrative Law Judge Honorable

Green, back in (2008-09) whereas I was found legally competent to proceed to trial after 3 different Court appointed Nero-pathologist reviewed my hospital Lou Gerighs (A.L.S.) diagnosis and found I was competent to proceed to trial. Two of the three Nerve-Pathologis I recall by their last names to wit: Dr. Weiss, Dr. Garfield-Blocker. These are directed orders passed down from State of Florida Governor Desantis Administration to criminally and illegally missrepresent my mental-health in a discriminato retalitorial manner because I've sued Gov. Desan within this district court as a defendant in both his official/personal capacity as Governor of Florid as well as the state of Florida Department of Corrections and other named defendants. Which brings me to believe Florida Governor Desantis is criminally involved with ordering law enforcemen to liably, unlawfully use illegal, unlawful, Unconstit tional Excessive Gross use of force against my persons violation of U.S. Federal laws as I am now and always has been an Qualified Indiv idual with a real documented disability

   I beg of this Courts Extrodinary Authority to Review/Investigate Florida Gov. Ron Desantis and his Administration for criminal federal law

violations and it's federal law violations of the repeatedly flagrant, intentional, callous, grossly misconduct for, discrimination retaliation of the Americans Disability Act, 501 Rehabilitation Act Individually/Official Capacity as Governor of Florida whereas I have repeatedly am and continue to be subjugated to criminal discrimination, retaliatorial acts within the criminal State Court System, local, County, City, State law enforcement agencies nefarious intentions since 2007 or longer.

    Currently I'm detained in the Lee County Sheriffs Office Administration Jail unlawfully, illegally, UnConstitutionally by the Governors Acts Unofficially. I'm illegally forced continually to live and sleep in "squalor", unsanitary, blood stained cells, refused clean habitable conditions Mocked because of my Diagnosis/Disability by and through both medical, law enforcement personnel, fabricated documentation. I'm havin a continuous fear for Life + Safety @ the whim caprice of these officials.

    I pray for this Courts immediate Attention + Authority.

Respectfully Submitted
Bryon L. Reddick
18° AM
10-21-25